Dawn MacKillop, Appellant, v City of Syracuse, Respondent. (Appeal No. 2.) [849 NYS2d 867]—Appeal from an order

of the Supreme Court, Onondaga County (Brian F. DeJoseph, J.), entered August 29, 2006 in a personal injury action. The order denied plaintiff's motion to set aside the jury verdict and for a new trial.

It is hereby ordered that said appeal is unanimously dismissed without costs (*see Smith v Catholic Med. Ctr. of Brooklyn & Queens*, 155 AD2d 435 [1989]; *see also* CPLR 5501 [a] [1], [2]). Present—Gorski, J.P., Martoche, Smith, Centra and Green, JJ.